IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KHARAN BELGRAVE,<br><br>Plaintiff,<br><br>v.<br><br>PROCTER & GAMBLE<br><br>Defendant. | 1:26-CV-583 |

**ORDER**

This matter is before the Court for review of the magistrate judge's Recommendation filed on October 2, 2026. *Recommendation of United States Magistrate Judge*, D.E. 4 (Oct. 2, 2026). The magistrate judge recommends dismissing Plaintiff's Complaint, D.E. 2 (June 24, 2026) without prejudice. The latest deadline for objections passed on October 19, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the magistrate judge's Recommendation, D.E. 4, is ADOPTED and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

A Judgment will be entered contemporaneously with this Order.

This the 26th day of October, 2026.

/s/ David A. Bragdon
United States District Judge